Frederick S. Berretta (State Bar No. 144,757)
KNOBBE, MARTENS, OLSON & BEAR, LLP
550 West C Street
Suite 1200
San Diego, CA 92101
(619) 235-8550
(619) 235-0176 (FAX)

Local Counsel for Defendant
SKI COUNTRY IMPORTS, INC.
d\b\a OURAY SPORTSWEAR

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. BELL, an individual, d\b\a DESTINEE' – EPLORIUMS, <br><br> Plaintiff, <br><br> v. <br><br> SKI COUNTRY IMPORTS, INC., d\b\a OURAY SPORTSWEAR, a Colorado corporation, <br><br> Defendant. | Civil Action No. '06 CV 1806 LAB (JMA) <br><br> **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND** [PROPOSED] **ORDER THEREON** <br><br> Honorable Larry A. Burns |

Pursuant to Local Rule 12.1, the parties hereby stipulate that Defendant SKI COUNTRY IMPORTS, INC., d\b\a OURAY SPORTSWEAR ("Ouray") shall have an extension of time to answer or otherwise respond to the Complaint of Plaintiff CRAIG R. BELL, d\b\a DESTINEE' – EPLORIUMS ("Bell") up to and including November 9, 2006. The undersigned counsel for Defendant Ouray spoke with Plaintiff Bell by telephone on October 9, 2006, during which conversation the parties agreed to this extension and Plaintiff Bell authorized the filing of this Stipulation on his behalf. The parties also agreed that, in consideration of this extension of time, the Complaint shall be deemed properly served on the Defendant Ouray by prior delivery to its counsel. Defendant Ouray also requires additional time to review the allegations and properly respond to the Complaint.

///

-1-

| | |
|---|---|
| 1 | The parties agree that there is good cause for this stipulated extension of time to answer |
| 2 | or otherwise respond to the Complaint and it is not being brought merely for purposes of delay. |

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 10, 2006

By: _____
Frederick S. Berretta

Local Counsel for Defendant
SKI COUNTRY IMPORTS, INC.
d\b\a OURAY SPORTSWEAR

### ORDER

The Court, having reviewed the Stipulation of the parties, and good cause appearing therefore, hereby grants Defendant Ouray an extension of time to answer or otherwise respond to the Complaint of Plaintiff Bell up to and including November 9, 2006.

IT IS SO ORDERED

Date: 10-12-06

_____
United States District Court Judge

**LARRY ALAN BURNS**

-2-

Civil Action No. 06 CV 1806 LAB (JMA)
Stip. To Extend Time to Respond to Complaint

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in San Diego, California. I am over the age of 18 and not a party to the within action. My business address is 550 West C Street, Suite 1200, San Diego, California. On October 10, 2006, I served the within **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON** on the parties or their counsel shown below, by addressing it as follows:

**VIA FAX and U.S. Mail:**   Craig R. Bell
d\b\a DESTINEE' – EPLORIUMS
973 Jamacha Road, Unit A
El Cajon, CA 92019
Fax: 619-270-2101

Robert E. Purcell, Esq.
Wall Marjama & Bilinski, LLP
101 South Salina Street - Suite 400
Syracuse, New York 13202
Fax: 315-425-9114

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 10, 2006 at San Diego, California.

_____
Racquel Raymond

3004531
101006

-3-

Civil Action No. 06 CV 1806 LAB (JMA)
Stip. To Extend Time to Respond to Complaint