1  Frederick S. Berretta (State Bar No. 144,757)
   KNOBBE, MARTENS, OLSON & BEAR, LLP
2  550 West C Street, Suite 1200
   San Diego, CA 92101
3  Telephone: (619) 235-8550
   Facsimile: (619) 235-0176
4
   Local Counsel for Defendant
5  SKI COUNTRY IMPORTS, INC.
   d\b\a OURAY SPORTSWEAR
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG R. BELL, individual d/b/a/ DESINEE' – EPLORIUMS, | Civil Action No. 06 CV 01806-LAB (JMA) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON** |
| v. | |
| SKI COUNTRY IMPORTS, INC., d/b/a OURAY SPORTSWEAR, a Colorado corporation, | **Judge Larry Alan Burns** |
| Defendant. | |

Plaintiff CRAIG R. BELL, individual d/b/a/ DESINEE' – EPLORIUMS, and Defendant SKI COUNTRY IMPORTS, INC. d/b/a OURAY SPORTSWEAR, a Colorado corporation, having resolved their disputes in this action pursuant to a Settlement Agreement and Release dated October 20, 2006, hereby stipulate and agree to the dismissal of this action in its entirety with prejudice. The parties further stipulate and agree that each side shall bear its own costs and attorneys fees.

Respectfully submitted,

CRAIG R. BELL, *Pro Se Plaintiff*

Dated: 11/9/06

By: /s/ Craig R. Bell
Craig R. Bell d/b/a/
DESINEE' – EPLORIUMS
Email: tms@ridehard.com

-1-

| | |
|---|---|
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: 11/10/06 | By: /s/ Frederick S. Berretta<br>Frederick S. Berretta<br>Email: Fred.Berretta@kmob.com |
| | Local Counsel for Defendant<br>SKI COUNTRY IMPORTS, INC.<br>d\b\a OURAY SPORTSWEAR |

## ORDER

The Court, having reviewed the Stipulation of the parties, and good cause appearing therefore, hereby dismisses this action in its entirety with prejudice, each side to bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: 11/14/06

_____
United States District Judge
Honorable Larry Alan Burns

3094228
11/08/06

-2-

3:06-cv-01806-LAB-JMA
Stip. Dismissal with Prejudice